UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

---

| | |
|---|---|
| **RANDY COOK,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 06-CV-2229 |
| ) | |
| **LIZ DOE, JOHN DOE, and NIEMANN** ) | |
| **FOODS, INC., d/b/a County Market,** ) | |
| ) | |
| **Defendants.** ) | |

### ORDER

Two Report and Recommendations (#21, #22) were filed by the Magistrate Judge in the above cause on March 20, 2007. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendations of the Magistrate Judge are, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendations (#21, #22) are accepted by this court.

(2) The Motions to Dismiss (#12, #17) filed in this case are hereby GRANTED. Plaintiff's Complaint (#3) is dismissed with prejudice.

(3) This case is terminated.

ENTERED this 9th day of April, 2007

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE